**UNITED STATES of America,
Appellee,**

v.

**Joe Soto SOTO, Appellant.**

**No. 23963.**

United States Court of Appeals,
Ninth Circuit.

Feb. 6, 1970.

Russell E. Parsons (argued), Los Angeles, Cal., for appellant.

Eric A. Nobles (argued), Asst. U. S. Atty., Wm. Matthew Byrne, Jr., U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.

PER CURIAM:

Irrespective of Leary v. United States, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57 (1969) the Court finds the evidence just too thin to sustain a conviction.

The judgment is reversed

**STANLEY, INC., Appellant,**

v.

**Paul A. SCHUSTER, District Director,
Internal Revenue Service, Appellee.**

**No. 19604.**

United States Court of Appeals,
Sixth Circuit.

March 9, 1970.

Robert H. Hoffman and Katheleen K. Haase, Columbus, Ohio, for appellant.

Ann E. Belanger, Atty., Department of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Jonathan S. Cohen, Attys.,

Department of Justice, Washington, D. C., on the brief; Roger J. Makley, U. S. Atty., of counsel for appellee.

Before WEICK and COMBS, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER

PER CURIAM.

The above case coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment be and is hereby affirmed for the reasons set forth in the opinion of Judge Joseph P. Kinneary, D.C., 295 F.Supp. 812.